IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00717-CMA- BNB | Date: July 10, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| BROKERS' CHOICE OF AMERICA, INC., and<br>TYRONE M. CLARK, | Thomas Downey Jr.<br>John Walsh |
| Plaintiffs, | |
| v. | |
| NBC UNIVERSAL, INC.,<br>GENERAL ELECTRIC CO.,<br>CHRIS HANSEN,<br>STEVEN FOX ECKERT, and<br>MARIE THERESA AMBOREBIETA, | Thomas Kelley<br>Hilary Lane by telephone |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    1:55 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendants' motion for a stay of discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure pending resolution of motion to dismiss filed 6/9/09 Doc. 12 is TAKEN UNDER ADVISEMENT.

Court in Recess    2:40 p.m.    Hearing concluded.    Total time in Court:    00:45

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.