# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | Date: October 22, 2009 |
| Court Reporter: Darlene Martinez | |

Civil Action No. 09-cv-00717-CMA-BNB

| *Parties:* | *Counsel:* |
|---|---|
| BROKER'S CHOICE OF AMERICA, INC., and | John Walsh |
| TYRONE M. CLARK, | Thomas Downey, Jr. |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| NBC UNIVERSAL, INC., | Hilary Lane |
| GENERAL ELECTRIC CO., | Thomas Kelley |
| CHRIS HANSEN, | Adam Platt |
| STEVEN FOX ECKERT, and | |
| MARIE THERESA AMOREBIETA, | |
| | |
| Defendants. | |

___

## COURTROOM MINUTES
___

HEARING: Motion

**1:57 p.m.   Court in session**.

Argument.

**ORDER:**   Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure **(10)** is **granted** as follows:
1. Case is dismissed without prejudice.
2. Plaintiffs shall have 30 days within which to file an amended complaint.
3. All discovery is stayed until the filing of an amended complaint and response thereto.

**ORDER:** Defendants' Motion for a Stay of Discovery Pursuant to Rule 26 of the Federal Rules of Civil Procedure Pending Resolution of Motion to Dismiss **(12)** is **denied as moot**.

**ORDER:** Defendants' Motion for Leave to File Reply Brief in Support of Defendants' Motion for Stay of Discovery **(24)** is **denied as moot**.

**3:37 p.m.**   **Court in recess/hearing concluded**.

Total in-court time: 1:40