IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00717-CMA-BNB

BROKERS' CHOICE OF AMERICA, INC., and
TYRONE M. CLARK,

    Plaintiffs,

v.

NBC UNIVERSAL, INC.,
GENERAL ELECTRIC CO.,
CHRIS HANSEN,
STEVEN FOX ECKERT, and
MARIE THERESA AMOREBIETA,

    Defendants.

Defendants.

---

### ORDER REGARDING BRIEFING SCHEDULE
### ON DEFENDANTS' MOTION TO DISMISS

---

Having reviewed the parties' Joint Motion for Approval of Briefing Schedule on Defendants' Motion to Dismiss (Doc. # 46), the Court, being fully advised, GRANTS the joint motion. It is hereby

ORDERED that the briefing on Defendants' Motion to Dismiss the Amended Complaint (Doc. # 39) shall be as follows:

- Due date for Defendants' Motion to Dismiss (Incorporating Legal Authority):  December 22, 2009

- Due date for Plaintiffs' Brief In Opposition to Defendants' Motion to Dismiss:  January 20, 2010

- Due date for Defendants' Reply Brief In Support of Motion to Dismiss:  February 5, 2010

DATED:  December   16  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge