IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  09-cv-00717-CMA -BNB | Date: January 7, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| BROKERS' CHOICE OF AMERICA, INC., and<br>TYRONE M. CLARK, | Thomas Downey Jr.<br>John Walsh |
| Plaintiffs, | |
| v. | |
| NBC UNIVERSAL, INC.,<br>GENERAL ELECTRIC CO.,<br>CHRIS HANSEN,<br>STEVEN FOX ECKERT, and<br>MARIE THERESA AMBOREBIETA, | Thomas Kelley<br>Hilary Lane by telephone<br>Adam Platt |
| Defendant(s). | |

**COURTROOM MINUTES**

HEARING: MOTION

Court in Session:       3:01 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiffs' motion to compel disclosures by defendant NBC Universal, Inc,
             [Doc #40; filed November 20, 2009] is denied as stated on the record.**

Court in Recess        3:48 p.m.        Hearing concluded.     Total time in Court:    00:47

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.