IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00717-CMA-BNB

BROKER'S CHOICE OF AMERICA, INC., and
TYRONE M. CLARK,

Plaintiffs,

v.

NBC UNIVERSAL, INC.,
GENERAL ELECTRIC CO.,
CHRIS HANSEN,
STEVEN FOX ECKERT, and
MARIE THERESA AMOREBIETA,

Defendants.

_____

## ORDER
_____

This matter arises on **Plaintiffs' Motion to Compel Disclosure by Defendant NBC Universal, Inc.** [Doc. # 40, filed 11/20/2009] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated January 7, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge