IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00717-CMA-BNB

BROKERS' CHOICE OF AMERICA, INC., and
TYRONE M. CLARK,

    Plaintiffs,

v.

NBC UNIVERSAL, INC.,
GENERAL ELECTRIC CO.,
CHRIS HANSEN,
STEVEN FOX ECKERT, and
MARIE THERESA AMOREBIETA,

    Defendants.

---

## ORDER DENYING MOTION FOR LEAVE

---

The matter is before the Court on Plaintiffs' Motion For Leave To File A Reply To Defendants' Response Regarding Supplemental Authority (Doc. # 73).

On May 4, 2010, Plaintiffs filed a notice of supplemental authority in support of their argument against Defendants' motion to dismiss, attaching a recent case from the Northern District of Illinois: *Frederick, et al v. The Biography Channel, et al.*, 683 F. Supp. 2d 798 (N.D. Ill. 2010). (Doc. # 69.) In addition to filing a copy of *Frederick*, Plaintiffs argued its relevance and application to the motion to dismiss.

On May 10, 2010, Defendants filed a response to Plaintiffs' argument regarding *Frederick*. (Doc. # 74).

Plaintiffs now seek leave to correct the "factual and legal errors" that Defendants allegedly made in their response. They attach their proposed reply as an exhibit. (Doc. # 73-1.) In fulfilling their duty to confer under D.C.COLO.LCivR 7.1(A), Plaintiffs state that Defendants oppose their motion for leave on the ground that under D.C.COLO.LCivR 7.1(C) Defendants are entitled to the final reply regarding their motion to dismiss. The Court agrees with Defendants.

Their motion to dismiss is already fully briefed and ripe for decision. (*See* Doc. ## 49, 61, 64). The Court will not allow further briefing related to that motion. Accordingly, Plaintiffs' Motion For Leave To File A Reply To Defendants' Response Regarding Supplemental Authority (Doc. # 73) is DENIED. The Court will not consider Plaintiffs' proposed reply in adjudicating Defendants' motion to dismiss.

DATED: May  24 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge