IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00717-CMA-BNB

BROKERS' CHOICE OF AMERICA, INC., and
TYRONE M. CLARK,

    Plaintiffs,

v.

NBC UNIVERSAL, INC.,
GENERAL ELECTRIC CO.,
CHRIS HANSEN,
STEVEN FOX ECKERT,
and MARIE THERESA AMOREBIETA,

    Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Brokers' Choice of America, Inc. and Tyrone M. Clark, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Final Judgment entered in favor of Defendants Dismissing Plaintiffs' Amended Complaint with Prejudice, entered in this action on January 14, 2011, the Order Granting Defendants Motion to Dismiss the Amended Complaint, entered in this action on January 11, 2011, and the Order Affirming the Magistrate Judge's Order Denying Plaintiffs'

- 2 -

Motion to Compel Disclosure entered in this action on January 27, 2010.

Date: January 27, 2011

                                                DOWNEY AND MURRAY LLC

                                                /s/ *Thomas E. Downey, Jr.*
                                                Thomas E. Downey, Jr., Esq.
                                                383 Inverness Parkway, Suite 300
                                                Englewood, Colorado 80112
                                                (313) 813-1111

                                                            - and -

                                                /s/ *John J. Walsh*
                                                John J. Walsh, Esq.
                                                CARTER LEDYARD & MILBURN LLP
                                                2 Wall Street
                                                New York, New York 10005
                                                (212) 732-3200

                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2011, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the ECF/CM electronic filing system, which will send an electronic copy of this filing to counsel of record, as listed below:

Counsel for Defendants:

>Thomas B. Kelley
>LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
>1888 Sherman Street, Suite 370
>Denver, Colorado 80203
>Phone - (303) 376-2400
>Fax – (303) 376-2401
>Email: tkelley@lskslaw.com

>Hilary Lane
>NBC Universal, Inc.
>30 Rockefeller Plaza
>Room 1093E
>New York, New York 10112
>Tel.: (212) 664-2022
>Email: Hilary.Lane@nbcuni.com

>Gayle C. Sproul
>LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
>2112 Walnut Street, Third Floor
>Philadelphia, Pennsylvania 19103
>Phone – (215) 988-9778
>Fax – (215) 988-9750
>Email: gsproul@lskslaw.com

/s/ *John J. Walsh*