IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00717-CMA-BNB

BROKERS' CHOICE OF AMERICA, INC., and
TYRONE M. CLARK,

    Plaintiffs,

v.

NBC UNIVERSAL, INC.,
GENERAL ELECTRIC CO.,
CHRIS HANSEN,
STEVEN FOX ECKERT, and
MARIE THERESA AMOREBIETA,

    Defendants.

## DECLARATION OF GAYLE C. SPROUL

    I, Gayle C. Sproul, do hereby affirm, under penalty of perjury pursuant to the laws of the United States, that the assertions of this Declaration are true as stated below.

    1.    I am an attorney licensed to practice law in Pennsylvania since September 1983. I am also licensed to practice in New Jersey, New York and the District of Columbia. I have personal knowledge of the facts stated in this Declaration.

    2.    Since September of 1985, I have been engaged in the private practice of law, and my private practice has been primarily dedicated to representing members of the news media with respect to legal issues arising from the content of their publications. I have defended media organizations in cases alleging defamation and related torts, including claims under the Civil

Rights Act of the United States, in state and federal courts throughout the United States. My law firm, Levine Sullivan Koch & Schulz, L.L.P. ("LSKS"), is a national law firm specializing in representation of media organizations primarily with respect to content issues.

3. LSKS was retained by the defendants in this action to defend their interests and to work jointly with their Vice President, Litigation of defendant NBC Universal, Inc., Hilary Lane, Esq.

4. In defense of this matter, LSKS charged the defendants' hourly rate for work performed by various timekeepers. The rates and timekeepers for this matter are set forth in the accompanying declaration of my partner, Thomas B. Kelley ("Kelley Decl.") ¶¶ 4, 8, 9.

5. I expended a total of 294.5 hours on this matter from its inception through January 2011. The fees charged in connection with that time are $125,162.50.

6. I have allocated my time as described by Mr. Kelley because I believe that that allocation is correct and fair. Kelley Decl. ¶¶ 11, 12. Pursuant to that allocation, I expended 88.35 hours in connection with plaintiffs' civil rights claims, with a value of $37,548.75. *See* chart, Kelley Decl. ¶ 14.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: February 7, 2011

                                                */s Gayle C. Sproul*
                                            Gayle C. Sproul