IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00717-CMA-BNB

BROKERS' CHOICE OF AMERICA, INC., and
TYRONE M. CLARK,

    Plaintiffs,

v.

NBC UNIVERSAL, INC.,
GENERAL ELECTRIC CO.,
CHRIS HANSEN,
STEVEN FOX ECKERT, and
MARIE THERESA AMOREBIETA,

    Defendants.

## DECLARATION OF HILARY LANE

I, Hilary Lane, do hereby affirm, under penalty of perjury pursuant to the laws of the United States, that the assertions of this Declaration are true as stated below.

1. I am Vice President, Litigation at NBCUniversal. I have been licensed to practice law in the State of New York since March of 1990. I have personal knowledge of the facts stated in this Declaration.

2. Since December 2005, I have worked at NBCUniversal, handling all aspects of their litigation, including legal issues arising from the content of our broadcasts. From 1989 through 2005, I was in private practice at the law firm Rogers & Wells, which merged Clifford Chance in 2000. At Clifford Chance and Rogers & Wells, I

represented media companies in litigation arising out of their content.  When I left private practice my billing rate was $550 per hour.

3. I worked closely with Thomas Kelley and Gayle Sproul of Levine Sullivan Koch & Schulz, L.L.P. ("LSKS").  In defense of this matter, I drafted significant portions of and edited the four briefs in support of the two motions to dismiss filed on behalf of NBCUniversal, as well as two briefs in support of the defendants' Motion for Stay of Discovery, and one brief in opposition to plaintiffs' discovery motion.  I also conferred on strategic issues and participated in all hearings before the court.  I traveled to Denver for oral argument on the initial motion to dismiss and participated via telephone in both discovery hearings.

4. The tasks I performed in the defense of this matter have included the following:  analysis of factual and legal issues presented by the Complaint and Amended Complaint; factual investigation, including review of voluminous relevant documents, interviews with witnesses; consultation with LSKS concerning defense strategy, documentation retention, and preparation of defense plan; consultation with LSKS regarding preserve of NBCUniversal's rights under applicable laws of privilege for news information and the availability of the remedy of a stay of discovery pending motion to dismiss; legal research concerning issues presented by all of the plaintiffs' claims for purposes of the defendants' Motion to Dismiss; drafting and editing two Motions to Dismiss; editing two reply briefs in support of Motions to Dismiss; consulting with LSKS in preparation for oral argument and traveling from New York to Denver to attend oral argument; editing Motion for Stay of Discovery, and reply brief in support

thereof; consulting with LSKS on the defendants' Motion for Stay of Discovery; participating via telephone in oral argument on the defendants' first Motion to Dismiss; editing brief in opposition to the plaintiffs' Motion to Compel Disclosure of unbroadcast portions of the defendants' videotaping of the plaintiffs' training sessions; participating via telephone in oral argument on plaintiffs' Motion to Compel; miscellaneous motion practice, including opposition to plaintiffs' Motion to Submit Supplemental Briefing.

5.  Because I do not formally record my time, I have reviewed the bills submitted by LSKS to reach a good faith estimate of the amount of time I devoted to this matter. I worked very closely with Gayle Sproul of the Levine Sullivan firm on all of the briefings in this case, and my work paralleled hers, except that I attended all three hearings in the matter (two by telephone and one in person) and was heavily involved in preparation for those hearings, which Ms. Sproul did not do. As a result, I am confident the time and allocations proposed by Ms. Sproul in her declaration is a fair, accurate, and indeed conservative measure of the time I spent on the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7, 2011

*s/ Hilary Lane*
Hilary Lane