**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00717-CMA-BNB

BROKERS' CHOICE OF AMERICA, INC., and
TYRONE M. CLARK,

      Plaintiffs,

v.

NBC UNIVERSAL, INC.,
GENEARL ELECTRIC, CO.,
CHRIS HANSE,
STEVEN FOX ECKERT, and
MARIE THERESA AMOREBIETA,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      PURSUANT to and in accordance with the Order Granting Defendants' Motion to

Dismiss the Amended Complaint, entered by the Honorable Christine M. Arguello on

September 29, 2015, incorporated herein by reference, it is

      ORDERED that Defendants' Motion to Dismiss Amended Complaint is granted.

It is

      FURTHER ORDERED that judgment is entered in favor of Defendants NBC

Universal, Inc., General Electric Co., Chris Hansen, Steven Fox Eckert, and Marie

Theresa Amorebieta and against Plaintiffs Brokers' Choice of America, Inc. and Tyrone

M. Clark.  It is

09-cv-00717-CMA-BNB
Judgment

FURTHER ORDERED that this civil action and Complaint are DISMISSED with

prejudice. It is

FURTHER ORDERED that Defendants shall have their costs by  the filing of a

Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment,

DATED: September 29, 2015

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   V. Barnes
_____

V. Barnes
Deputy Clerk