IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00717-CMA-BNB

BROKERS' CHOICE OF AMERICA, INC., and
TYRONE M. CLARK,

    Plaintiffs,

v.

NBC UNIVERSAL, INC.,
GENERAL ELECTRIC CO.,
CHRIS HANSEN,
STEVEN FOX ECKERT, and
MARIE THERESA AMOREBIETA,

    Defendants.

## SATISFACTION OF JUDGMENT IN FULL

In consideration of receipt of monies paid by the Plaintiffs to the Defendants on September 5, 2017, full satisfaction is acknowledged by the judgment the Defendants and Judgment Creditors entered on September 22, 2016, in the amount of $299,869 in favor of the Defendants and Judgment Creditors in the above-entitled action.  I hereby authorize the Clerk to enter of record a full satisfaction of judgment in the above-captioned action entered September 22, 2016.

Respectfully submitted this __14th__ day of September, 2017.

By: *s/ Thomas B. Kelley*
Thomas B. Kelley
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, Colorado 80203
Phone - (303) 376-2400
Fax – (303) 376-2401
E-mail: tkelley@lskslaw.com

*Attorneys for Defendants and Judgment Creditors*
NBC UNIVERSAL, INC., GENERAL ELECTRIC CO., CHRIS HANSEN, STEVEN FOX ECKERT and MARIE THERESA AMOREBIETA

Subscribed and affirmed, or sworn to be for me, in the City and County of Denver, State of Colorado, this 14th day of September, 2017.

*s/Cynthia D. Henning*
Cynthia D. Henning
Notary Public
State of Colorado
Notary ID 20074028549

My commission expires July 25, 2019

## CERTIFICATE OF SERVICE

   I hereby certify that on this _____th day of September, 2017, I electronically filed the **SATISFACTION OF JUDGMENT IN FULL** using the CM/ECF electronic filing system, which will send notification of such filing to the following:

G. Stephen Long
Nicole A. Westbrook
Lidiana Rios
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
slong@joneskeller.com
nwestbrook@joneskeller.com
lrios@joneskeller.com

John J. Walsh
2 Wall Street
New York, NY  10005
walsh@clm.com

            By:  *s/ Thomas B. Kelley*
              Thomas B. Kelley
              LEVINE SULLIVAN KOCH & SCHULZ, LLP
              1888 Sherman Street, Suite 370
              Denver, Colorado  80203
              Phone – (303) 376-2400
              Fax – (303) 376-2401
              Email – tkelley@lskslaw.com

              *Attorneys for Defendants NBC Universal, Inc.,*
              *General Electric Co, Chris Hansen, Steven Fox*
              *Eckert and Marie Theresa Amorebieta*